UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT BETHEA,

    Plaintiff,

v.                                                      4:13cv633-WS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

    Defendant.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 5). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. Paper discovery and depositions shall be completed by June 30, 2014.

3. Potentially dispositive motions, if any, shall be filed by July 31, 2014.

4. Plaintiff's counsel shall advise the court on or before June 30, 2014, whether and when the parties will attend mediation.

DONE AND ORDERED this   3rd    day of     January    , 2013.


<div style="margin-left: 3em;">
s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE
</div>