UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT BETHEA,

    Plaintiff,

v.                                                                            4:13cv633-WS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
corporation,

    Defendant.
_____

## O R D E R

Upon referral from the clerk, it has come to the court's attention that an initial scheduling order (doc. 7) was entered *after* the court adopted the parties' proposed discovery schedule.  Because the court's prior order (doc. 6) controls the discovery schedule, the clerk is directed to strike the initial scheduling order (doc. 7) from the docket.

DONE AND ORDERED this   8th   day of    April   , 2014.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE